**Order entered November 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-00038-CV

### JAMES R. WHITAKER, Appellant

### V.

### MORONEY FARMS HOMEWONERS' ASSOCIATION, INC., Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04349-07**

## ORDER

By letter dated March 12, 2019, we informed the parties that this appeal was administratively reinstated and would be dismissed for want of prosecution or for failure to respond to a Court order or notice from the Clerk of the Court unless any party, within ten days, gave cause as to why it should not be dismissed. *See* TEX. R. APP. P. 42.3(b), (c). On March 21, 2019, appellant filed a response addressing the merits of his appeal but provided no explanation for his delay in providing the Court with a copy of the bankruptcy order or any other proof that this appeal may proceed.

There has been no activity since appellant filed his March 21, 2019 response. Accordingly, this appeal will be dismissed for want of prosecution or for failure to respond to a

Court order or notice from the Clerk of the Court unless any party, within **TEN** days of the date of this order, gives cause explaining the delay in prosecuting this appeal. *See id*.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE